UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

| | |
|---|---|
| MICHAEL DIAZ | : Civil No. 1:10-CV-3920 (ERK) |
| | : (CLP) |
| Plaintiff, | : |
| vs. | : |
| | : **NOTICE OF MOTION** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC and | : |
| MALEN & ASSOCIATES, P.C. | : |
| | : |
| Defendants. | : NOVEMBER 24, 2010 |

------------------------------------------------------------ x

**PLEASE TAKE NOTICE**, that upon the annexed affidavit of Thomas A. Leghorn, sworn to the 24th day of November, 2010, together with the supporting exhibits and Memorandum of Law, defendant, MALEN & ASSOCIATES, P.C. will move this Court to set a return date so that counsel may be heard seeking an order pursuant to Federal Rule 12(b)(6) dismissing plaintiff's Complaint as the plaintiff's allegations fail to state a cause of action for which relief may be granted, together with such other and further relief as this Court shall deem proper.

DATED:   New York, New York
         November 24, 2010

Respectfully submitted,
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
Thomas A. Leghorn, Esq.
Jill E. Alward, Esq.
Attorneys for the Defendant,
MALEN & ASSOCIATES, P.C.
150 East 42nd Street
New York, New York
(212) 490-3000
Our File No. 09120.00239

1

4234640.1

To:
Daniel A. Schlanger, Esq.
Schlanger & Schlanger, LLP
1025 Westchester Ave., Suite 108
White Plains, NY 10604

4234640.1