## CERTIFICATION

I hereby certify that on November 24, 2010, a copy of the motion for summary judgment, memorandum of law in support and affidavit and exhibits were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Daniel A. Schlanger, Esq.
Schlanger & Schlanger, LLP
1025 Westchester Ave., Suite 108
White Plains, NY 10604

*[signature]*
Thomas A. Leghorn

4234692.1