# SCHLANGER & SCHLANGER, LLP
## ATTORNEYS AT LAW

343 MANVILLE ROAD
PLEASANTVILLE, NEW YORK 10570
TEL: 914-946-1981  FAX: 914-946-2930
DANIEL@SCHLANGERLEGAL.COM
WWW.NEWYORKCONSUMERPROTECTION.COM

MICHAEL SCHLANGER, ESQ.
DANIEL A. SCHLANGER, ESQ.
*ADMITTED IN NY & OH

ELIZABETH SHOLLENBERGER, ESQ.
PETER T. LANE, ESQ.
*ADMITTED IN NY & MA

**MANHATTAN OFFICE**
9 East 40th Street, Suite 1300
New York, New York 10016

*Application granted
So Ordered
U.S.D.J.
4/4/12*

April 4, 2012

**VIA ECF**

Hon. Margo K. Brodie
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn New York 11201

    Re:    Diaz v. Portfolio Recovery Associates, LLC, et al.
    Index:  10-cv-3920
    Our File:  30790

Your Honor:

    I represent Plaintiff in the above referenced action. Pursuant to Your Honor's Individual Rule (1)(F), I write to request an enlargement of time of Plaintiff's time to respond to the objections to Magistrate Pollak's Report and Recommendation dated February 28, 2012, filed by Defendant Malen & Associates, PC ("M&A").

    M&A filed its objections on 3/29/12. Pursuant to FRCP Rule 72(b)(2), Plaintiff's original due date for Plaintiff's response is April 12, 2012. I request that the deadline be extended to April 26th (*i.e.* a two week extension).

    The principle reason for my request is that I will be out of the office on vacation from April 6-8 (Passover), and also from April 10-17 (family vacation). Plaintiff has not requested any previous extension of this deadline. Plaintiff previously consented to M&A's request for a two week extension of its time to file its objections, which was granted by the Court. M&A consents to Plaintiff's request.[1]

Respectfully,

Daniel A. Schlanger

cc: Jill Alward, Esq.; Thomas Leghorn, Esq.

---

[1] M&A is the only remaining Defendant in this action, as Plaintiff previously discontinued the case against Portfolio Recovery Associates, LLC pursuant to a settlement between the parties.