UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------
MICHAEL DIAZ,

          Plaintiff,

-against-

PORTFOLIO RECOVERY ASSOCIATES, LLC
AND MALEN & ASSOCIATES, PC.,
          Defendants.
-------------------------------------------

Case No.: 10-CV-3920

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[X] I have cases pending

[ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Daniel A. Schlanger

My SDNY Bar Number is: **DS9330**

My State Bar Number is: **4431920**

I am,

    [X]    An attorney

    [ ]    A Government Agency attorney

    [ ]    A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: **Schlanger & Schlanger, LLP**
                    FIRM ADDRESS: **1025 Westchester Avenue, White Plains, NY 10640**
                    FIRM TELEPHONE NUMBER: **(914) 946-1981**
                    FIRM FAX NUMBER: **(914) 946-2930**

NEW FIRM:    FIRM NAME: **Schlanger & Schlanger, LLP**
                      FIRM ADDRESS: **343 Manville Road, Pleasantville, NY 10570**
                    FIRM TELEPHONE NUMBER: **(914) 946-1981**
                    FIRM FAX NUMBER: **(914) 946-2930**

    [X]    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ]    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge

Dated:

                                              ATTORNEY'S SIGNATURE