# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000   Fax: 212.490.3038

*Albany • Baltimore • Boston • Chicago • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

*Thomas A. Leghorn*
*A Member of the Firm*

e-mail address:
Thomas.Leghorn@wilsonelser.com

August 7, 2012

**VIA ECF**

Hon. Cheryl L. Pollack
United States Magistrate Judge
United Stated District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Diaz v. Portfolio Recovery Associates, LLC
   Docket No   :   10-cv-3920
   Our File No.   :   09120.00239

Your Honor:

We represent the defendants in the above-entitled action. As previously reported to the Court, a settlement had been reached among the parties and, by your order of July 12, 2012, you had set today, August 7th, 2012, as the deadline for the settlement to be completed and the discontinuance filed with the Court. The parties have accomplished all aspects of the settlement with the exception of having the settlement check from the defendants' insurer to deliver to plaintiff's counsel. We have been following with the insurer since your prior order and were advised yesterday that we should have the check within the next few days. Although I expect receipt of the check by the end of this week, I am making this application with the consent of plaintiff's counsel to extend the deadline by one week to August 14, 2012. Based upon the information I was provided by the insurer, I do not anticipate making an application for any further extensions of time.

Based on the above, it is respectfully requested, upon consent, that this Court extend the current deadline through and including August 14, 2012, within which to deliver the settlement check and permit the plaintiff's counsel to file a stipulation of dismissal.

Respectfully Submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Thomas A. Leghorn

So Ordered

/s/
8/7/12

cc:   Daniel Schlanger – via ECF

5150084v.1